[Nos. 30154-1-III; 30775-1-III. Division Three. December 17, 2013.]

*In the Matter of the Personal Restraint of* PETRONILO S. BARAJAS, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent*, v. PETRONILO S. BARAJAS, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 06-1-00098-6, Adalia Ann Hille, J. Pro Tem., entered August 17, 2013, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30917-7-III. Division Three. December 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWITT ALLEN HARRELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-00982-4, Maryann C. Moreno, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Siddoway and Fearing, JJ.

[No. 30996-7-III. Division Three. December 17, 2013.]

VERN THOMPSON, *Appellant*, v. KITTITAS COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-2-00228-7, Frances P. Chmelewski, J., entered June 11, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 26404-1-III. Division Three. December 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL WILLIAM DALLUGE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00012-1, Evan E. Sperline, J., entered July 13, 2007. *Reversed* by unpublished opinion per Brown, J., concurred in by Kulik and Fearing, JJ.